IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1804-CFC |
| | ) |
| EUROFINS VIRACOR, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | ) ) ) |
| | ) |
| Nominal Defendant. | ) |

**DEFENDANT EUROFINS VIRACOR INC'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON THE GROUND THAT <u>U.S. PATENT NO. 8,703,652 IS INVALID UNDER 35 U.S.C. § 101</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Eurofins Viracor, Inc. hereby moves to dismiss the Complaint filed by CareDx, Inc. (D.I. 1), on the basis that each of the claims of U.S. Patent No. 8,703,652 is directed to patent ineligible subject matter under 35 U.S.C. § 101. The reasons for this Motion are set forth in the accompanying brief in support, which is incorporated herein by reference.

|  |  |
|---|---|
| OF COUNSEL:<br>Darryl M. Woo<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>(415) 733-6068<br><br>J. Anthony Downs<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>(617) 570-1929<br><br>Dated: October 16, 2019 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant Eurofins Viracor, Inc.* |