**SHAW KELLER LLP**

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

August 14, 2020

**BY CM/ECF**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *CareDx, Inc., v. Eurofins Viracor, Inc.*, C.A. No. 19-1804-CFC-CJB

Dear Judge Connolly:

    Pursuant to D. Del. LR 7.1.4, Defendant Eurofins Viracor, Inc. ("Eurofins") respectfully requests oral argument on its Motion for Summary Judgment that the Asserted Claims of U.S. Patent No. 8,703,652 are Invalid Under 35 U.S.C. § 101 (D.I. 61).

    Briefing on the motion is complete and the parties' submissions may be found at docket items 62, 63, 64, 65, 67, and 68. Eurofins's reply brief was filed on August 7, 2020.

                           Respectfully submitted,

                           */s/ Nathan R. Hoeschen*

                           Nathan R. Hoeschen (No. 6232)

cc:   All counsel of record (by CM/ECF & e-mail)
       Clerk of Court (by CM/ECF)