IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>  Plaintiffs,<br>v.<br><br>EUROFINS VIRACOR, INC.,<br><br>  Defendant. | C.A. No. 19-1804-CFC-CJB |

**PROPOSED FINAL JUDGMENT**

This patent infringement action was brought by Plaintiffs CareDx, Inc. and the Board of Trustees of the Leland Stanford Junior University (Plaintiffs) against Eurofins Viracor, Inc. ("Eurofins") alleging infringement of U.S. Patent No. 8,703,652 (the "652 Patent").

For the reasons set forth in the Court's memorandum opinion dated September 28, 2021 (D.I.125),

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Final judgment is hereby entered in favor of Eurofins against Plaintiffs that the 652 patent is invalid as unpatentable under §101.

2. For the avoidance of doubt, in light of this judgment all remaining counterclaims by Eurofins are dismissed without prejudice as moot.

_____
The Honorable Colm F. Connolly